# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
September 20, 2018

In re:
    Miguel Arturo Franco Jr.
                   Debtor*

Case Number: 17–21913 jjt
Chapter: 7

Ditech Financial LLC
Movant(s)

v.

Miguel Arturo Franco, Jr.
John J. O'Neil, Trustee

Respondent(s)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

       Pursuant to 11 U.S.C. §§ 362(d)(1) and (2); Ditech Financial LLC (the "Movant"), filed a Motion for Relief from Stay dated August 30, 2018 (the "Motion", ECF No. 32).   After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief sought in the Motion should be granted; it is hereby

       **ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. § 362(d)(1); to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property commonly known as 95–97 Barker Street, Hartford, Connecticut, in accordance with applicable non–bankruptcy law.

Dated: September 20, 2018

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 118 –

*For the purposes of this order, "Debtor" means "Debtors" where applicable.