UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MIGUEL ARTURO FRANCO, JR. | : | CASE NO. 17-21913 (JJT) |
| | : | |
| Debtor | : | |

**NOTICE OF TRUSTEE'S INTENTION TO ABANDON PROPERTY**

Notice is hereby given that John J. O'Neil, Jr., Trustee in the above case, pursuant to 11 U.S.C. Section 544(a), intends to abandon the estate's interest in the following property:

**50% interest in LLC known as Piolin Restaurant II, LLC**

A review of applicable records and Internal Revenue Service filings indicates the value of the property does not exceed $5,000.00 and the filed claims in this matter being in excess of $400,000.00, a liquidation would not result in a meaningful dividend.

**THIS NOTICE IS GIVEN** to permit parties in interest to object to the intended abandonment of the estate's interest in said property. Any person objecting to said abandonment should file with the Clerk of the U.S. Bankruptcy Court, 450 Main Street, Hartford, Connecticut 06103 not later than May 10, 2019, an Objection to such abandonment. In addition, a copy of the objection should be served on the Trustee, John J. O'Neil, Jr., 255 Main Street, Hartford, CT 06106, by the time set for filing such an

objection with Clerk of the Bankruptcy Court. In the event that an objection is filed, a hearing will be held.

If no objections are filed with the Clerk of the U.S. Bankruptcy Court and served upon the Trustee by May 10, 2019, the Trustee will proceed with the abandonment of the property. Any objections not timely filed with the Clerk of the Court and served upon the Trustee may be deemed waived.

Dated at Hartford, Connecticut on April 25, 2019.

/s/ John J. O'Neil, Jr.
John J. O'Neil, Jr., Trustee
255 Main Street
Hartford, CT  06106
860-527-3271