UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MIGUEL ARTURO FRANCO, JR. | : | CASE NO. 17-21913 (JJT) |
| | : | |
| Debtor | : | |

TRUSTEE'S REPORT OF ABANDONMENT

John J. O'Neil, Jr., Trustee in the above captioned matter, represents:

1. That on April 25, 2019, he caused to be filed with the Clerk of the Court a Notice of Abandonment regarding his intent to abandon any and all claims which he might have to the following:

**50% interest in LLC known as Piolin Restaurant II, LLC**

2. That said Notice of Abandonment provided that any person objecting to said Abandonment should notify, in writing, the United States Bankruptcy Court, with a copy of the objection to the Trustee, no later than May 10, 2019.

3. There having been no objections filed as of May 10, 2019, said Trustee has and hereby does abandon said interest.

Dated at Hartford, Connecticut on May 14, 2019.

/s/ John J. O'Neil, Jr.
John J. O'Neil, Jr., Trustee
255 Main Street
Hartford, CT 06106
860-527-3271